April 25, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert Dunlap, Mr. T. J. Norton, Mr. Edward W. Camp* and *Mr. Gardiner Lathrop* for the petitioner. *Mr. Paul Sleman* for the respondent.

----

No. 873. WHITIN MACHINE WORKS, PETITIONER, *v.* LEWIS T. HOUGHTON. May 2, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William A. Jenner* and *Mr. Edmund Wetmore* for the petitioner. *Mr. Louis W. Southgate* and *Mr. W. K. Richardson* for the respondent.

----

No. 887. ROY VERMONT ET AL., PETITIONERS, *v.* THE UNITED STATES. May 16, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Shepard Barclay* and *Mr. Thomas T. Fauntleroy* for the petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.

----

No. 902. O. M. CARTER, PETITIONER, *v.* CHARLES A. Goss. May 16, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. Charles Hume* and *Mr. Leigh Robinson* for the petitioner. *Mr. Maurice E. Locke, Mr. Eugene P. Locke, Mr. James H. McIntosh, Mr. John Charles Harris* and *Mr. Edward F. Harris* for the respondent.